

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00127-CV

IN THE INTEREST OF G.E.B., A
CHILD

------------

FROM THE 362ND DISTRICT COURT OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

Appellant filed a timely notice of appeal from the trial court's March 21, 2013 "Final Order Of Termination." The trial court subsequently granted appellant's motion for new trial on May 13, 2013, while it still had plenary jurisdiction over the case. *See* Tex. R. Civ. P. 329b(e).

On May 16, 2013, we informed the parties that it appeared the trial court's granting of the motion for new trial rendered this appeal moot and that the appeal would be dismissed as moot unless, on or before May 28, 2013, any party

---

[1]*See* Tex. R. App. P. 47.4.

desiring to continue the appeal filed a response showing grounds for continuing the appeal. Neither party filed a response.

Therefore, on this court's own motion, we dismiss the appeal as moot. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL:   MEIER, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  June 27, 2013